```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                     :
MARY CARMEN ASCENCION HERNANDEZ (A.K.A.              :
BRITTANY), individually and on behalf of others      :
similarly situated,                                  :
                                                     :        25 Civ. 4690 (JPC)
                              Plaintiff,             :
                                                     :             ORDER
           -v-                                       :
                                                     :
PAPA HOTEL CORP. (d/b/a JET SET HOTEL) et al.,       :
                                                     :
                              Defendants.            :
                                                     :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

Defendant Papa Hotel Corp. was served with a Summons and the Complaint on June 6, 2025, making its deadline to respond June 27, 2025. *See* Dkt. 13. The remaining Defendants were served on June 12, 2025, making their deadlines to respond July 3, 2025. *See* Dkts. 14-17. Those deadlines have passed, and the docket does not reflect a response to the Complaint from Defendants. Accordingly, the Court *sua sponte* extends Defendants' deadline to respond to the Complaint to August 4, 2025. If Defendants once again fail to respond to the Complaint by their deadline to do so, Plaintiff shall seek a Certificate of Default by August 8, 2025.

Plaintiff shall promptly serve a copy of this Order on Defendants via first class mail, and file proof of such service on or before July 18, 2025.

SO ORDERED.

Dated: July 14, 2025
       New York, New York
                                          _____
                                                JOHN P. CRONAN
                                                United States District Judge