UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                                        :
MARY CARMEN ASCENCION HERNANDEZ (A.K.A.  :
BRITTANY), individually and on behalf of others            :
similarly situated,                                                        :
                                                                        :
                                                Plaintiff,          :                    25 Civ. 4690 (JPC)
                                                                        :
                        -v-                                              :                    ORDER
                                                                        :
PAPA HOTEL CORP. (d/b/a JET SET HOTEL), *et al.*,      :
                                                                        :
                                                Defendants.       :
                                                                        :
------------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

The docket in this case reflects that Defendant Papa Hotel Corp. was served with a Summons and the Complaint on June 6, 2025, making its deadline to respond June 27, 2025, *see* Dkt. 13, and that the remaining Defendants were served on June 12, 2025, making their deadlines to respond July 3, 2025, *see* Dkts. 14-17. After those deadlines passed without a response to the Complaint from Defendants, this Court *sua sponte* extended Defendants' deadline to respond to the Complaint to August 4, 2025. *See* Dkt. 18. But before that deadline lapsed, this case was inadvertently transferred out of the District, *see* Dkt. 21, and has since been reopened in this District. So out of an abundance of caution, the Court will once more extend *sua sponte* Defendants' deadline to respond to the Complaint until April 8, 2026.

No later than April 1, 2026, Plaintiff must serve copies of this Order on (1) Papa Hotel Corp. by personally delivering it to, and leaving it with a person of suitable age and discretion at, the address associated with Papa Hotel Corp. on the New York Secretary of State's website—731 Main Street, New Rochelle, NY 10801—as well as any other addresses associated with Papa Hotel Corp. that may be known to Plaintiff, and (2) the remaining Defendants by personally delivering it to, and

leaving it with someone of suitable age and discretion at, the address where Plaintiff served those Defendants with copies of the Summons and Complaint.  Within two days of such service, Plaintiff must file proof of service upon the docket.  Plaintiff's proof of service must provide information indicating why it is reasonable to believe that the person that the Order is left with is qualified to accept service on behalf of the remaining Defendants.  *See Fashion Page, Ltd. v. Zurich Ins. Co.*, 406 N.E.2d 747, 751 (N.Y. 1980) ("Delivering the summons to a building receptionist, not employed by the defendant, without any inquiry as to whether she is a company employee, would not be sufficient.").

If Defendants then fail to respond to the Complaint by the new deadline, Plaintiff may seek a Certificate of Default against them.

SO ORDERED.

Dated: March 25, 2026
New York, New York

_____
JOHN P. CRONAN
United States District Judge

2